FILED
MAY 27 2008
Clerk, U.S. District and
Bankruptcy Courts

# UNITED STATES DISTRICT COURT

District of COLUMBIA

William Thatcher "Bill" Dunwoody

Plaintiff

V.

Harley Lappin, Director, et al,

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08 0885

I, __William Thatcher "Bill" Dunwoody__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I ~~am unable to pay the costs of these proceedings~~ and that I am entitled to the relief sought in the complaint/petition/motion. "I have made arrangements to have the funds sent to the court for the Filing Fee in this matter."

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Coleman FL. USP-2_

   Are you employed at the institution? _No_     Do you receive any payment from the institution? _No_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☒ Yes | ☐ No |
   | f. | Any other sources | ☒ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

RECEIVED
MAY 2008
Clerk, U.S. District and
Bankruptcy Courts

2

N/A

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☐ No

   If "Yes," state the total amount. ___N/A___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☐ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   N/A

I declare under penalty of perjury that the above information is true and correct.

_4-23-08_            _William Thatcher "Bill" Dunwoody_
Date                   Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge    Date | United States Judge    Date |

Facility: COA

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Jan '08 to Present

**Criteria:** Search Criteria Results

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/22/2008 10:03:08 AM | 18167074 | DUNWOODY, BILL | CLP | COA3043 | Sales | ($1.10) | 42 | | | $81.48 |
| 02/22/2008 10:01:28 AM | 18167074 | DUNWOODY, BILL | CLP | COA3043 | Sales | ($40.75) | 41 | | | $82.58 |
| 02/18/2008 12:13:18 PM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($6.00) | TFN0218 | | | $123.33 |
| 02/17/2008 05:16:03 AM | 18167074 | DUNWOODY, BILL | CLP | AMSERVI | Lockbox - CD | $50.00 | 70102102 | | | $129.33 |
| 02/16/2008 05:19:35 AM | 18167074 | DUNWOODY, BILL | CLP | AMSERVI | Lockbox - CD | $50.00 | 70102101 | | | $79.33 |
| 02/15/2008 10:17:50 AM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($5.00) | TFN0215 | | | $29.33 |
| 02/12/2008 03:13:56 PM | 18167074 | DUNWOODY, BILL | CLP | COA3036 | Sales | ($25.25) | 54 | | | $34.33 |
| 02/10/2008 05:14:05 AM | 18167074 | DUNWOODY, BILL | CLP | AMSERVI | Lockbox - CD | $25.00 | 70101602 | | | $59.58 |
| 02/05/2008 07:27:38 PM | 18167074 | DUNWOODY, BILL | CLP | COA3029 | Sales | ($24.85) | 91 | | | $34.58 |
| 02/01/2008 10:29:21 AM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($10.00) | TFN0201 | | | $59.43 |
| 01/14/2008 12:09:43 PM | 18167074 | DUNWOODY, BILL | CLP | COA3036 | Sales | $0.00 | 179 | | | $69.43 |

**Total Number Transactions: 11**

08 0885
FILED
MAY 27 2008
Clerk, U.S. District and Bankruptcy Courts

WorkstationID: COAJGXK821

Page 1 of 1

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: COA

**Criteria:** Search Criteria Results

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/30/2007 05:15:33 AM | 18167074 | DUNWOODY, BILL | CLP | AMSERVI | Lockbox - CD | $50.00 | 70198702 | | | $69.43 |
| 12/06/2007 03:13:47 PM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($10.00) | TFN1206 | | | $19.43 |
| 12/05/2007 05:52:22 PM | 18167074 | DUNWOODY, BILL | CLP | COA3043 | Sales | ($26.50) | 35 | | | $29.43 |
| 12/02/2007 05:15:27 AM | 18167074 | DUNWOODY, BILL | CLP | AMSERVI | Lockbox - CD | $50.00 | 70196802 | | | $55.93 |
| 12/01/2007 05:51:05 PM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($2.00) | TFN1201 | | | $5.93 |
| 11/28/2007 08:10:29 PM | 18167074 | DUNWOODY, BILL | CLP | COA3036 | Sales | ($32.10) | 120 | | | $7.93 |
| 11/26/2007 05:47:28 PM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($5.00) | TFN1126 | | | $40.03 |
| 11/19/2007 02:55:53 PM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($5.00) | TFN1119 | | | $45.03 |
| 11/16/2007 08:51:26 AM | 18167074 | DUNWOODY, BILL | CLP | COA3037 | Sales | ($2.45) | 27 | | | $50.03 |
| 11/15/2007 02:01:00 PM | 18167074 | DUNWOODY, BILL | CLP | COA5146 | Inmate Co-pay | ($2.00) | HICP1107 | | | $52.48 |
| 11/09/2007 10:52:45 AM | 18167074 | DUNWOODY, BILL | CLP | COA2007 | Payroll - IPP | $26.18 | HIPP1007 | | | $54.48 |
| 11/02/2007 10:56:09 AM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($7.00) | TFN1102 | | | $28.30 |
| 11/02/2007 05:19:29 AM | 18167074 | DUNWOODY, BILL | CLP | AMSERVI | Lockbox - CD | $35.00 | 70194901 | | | $35.30 |
| 10/30/2007 08:48:00 PM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($5.00) | TFN1030 | | | $0.30 |
| 10/23/2007 09:32:27 PM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($6.00) | TFN1023 | | | $5.30 |
| 10/23/2007 02:17:50 PM | 18167074 | DUNWOODY, BILL | CLP | COA3043 | Sales | ($17.90) | 17 | | | $11.30 |
| 10/14/2007 11:35:45 AM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($10.00) | TFN1014 | | | $29.20 |

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: COA

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/05/2007 10:31:44 AM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($10.00) | TFN1005 | | | $39.20 |
| 10/05/2007 08:53:25 AM | 18167074 | DUNWOODY, BILL | CLP | COA2007 | Payroll - IPP | $26.18 | HIPP0907 | | | $49.20 |
| 10/04/2007 02:39:54 PM | 18167074 | DUNWOODY, BILL | CLP | COA3043 | Sales | ($17.45) | 28 | | | $23.02 |
| 10/01/2007 11:01:36 AM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($20.00) | TFN1001 | | | $40.47 |
| 09/20/2007 12:44:00 PM | 18167074 | DUNWOODY, BILL | CLP | COA3047 | Sales | ($21.95) | 18 | | | $60.47 |
| 09/19/2007 10:37:52 AM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($20.00) | TFN0919 | | | $82.42 |
| 09/18/2007 05:17:42 AM | 18167074 | DUNWOODY, BILL | CLP | AMSERVI | Lockbox - CD | $50.00 | 70191701 | | | $102.42 |
| 09/16/2007 09:35:49 PM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($10.00) | TFN0916 | | | $52.42 |
| 09/16/2007 05:19:04 AM | 18167074 | DUNWOODY, BILL | CLP | AMSERVI | Lockbox - CD | $20.00 | 70191602 | | | $62.42 |
| 09/15/2007 09:21:01 AM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($8.00) | TFN0915 | | | $42.42 |
| 09/15/2007 05:21:16 AM | 18167074 | DUNWOODY, BILL | CLP | AMSERVI | Lockbox - CD | $50.00 | 70191601 | | | $50.42 |
| 09/10/2007 08:20:22 PM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($2.00) | TFN0910 | | | $0.42 |
| 09/10/2007 06:14:26 PM | 18167074 | DUNWOODY, BILL | CLP | COA3043 | Sales | ($12.30) | 75 | | | $2.42 |
| 09/07/2007 10:12:46 AM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($7.00) | TFN0907 | | | $14.72 |
| 09/07/2007 08:46:38 AM | 18167074 | DUNWOODY, BILL | CLP | COA2000 | Payroll - IPP | $18.70 | GIPP0807 | | | $21.72 |
| 09/06/2007 07:05:58 PM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($7.00) | TFN0906 | | | $3.02 |
| 08/30/2007 02:23:09 PM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($10.00) | TFN0830 | | | $10.02 |
| 08/28/2007 11:25:08 AM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($3.00) | TFN0828 | | | $20.02 |
| 08/27/2007 02:01:21 PM | 18167074 | DUNWOODY, BILL | CLP | COA3036 | Sales | ($1.05) | 9 | | | $23.02 |

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: COA

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/27/2007 02:00:54 PM | 18167074 | DUNWOODY, BILL | CLP | COA3036 | Sales | ($15.95) | 8 | | | $24.07 |
| 08/25/2007 09:41:26 PM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($10.00) | TFN0825 | | | $40.02 |
| 08/23/2007 07:46:46 PM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($9.00) | TFN0823 | | | $50.02 |
| 08/23/2007 06:12:05 PM | 18167074 | DUNWOODY, BILL | CLP | COA3047 | Sales | ($0.90) | 71 | | | $59.02 |
| 08/23/2007 06:10:45 PM | 18167074 | DUNWOODY, BILL | CLP | COA3047 | Sales | ($30.45) | 70 | | | $59.92 |
| 08/21/2007 11:32:18 AM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($10.00) | TFN0821 | | | $90.37 |
| 08/12/2007 05:16:56 AM | 18167074 | DUNWOODY, BILL | CLP | AMSERVI | Lockbox - CD | $100.00 | 70189202 | | | $100.37 |
| 08/08/2007 06:38:13 PM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($6.00) | TFN0808 | | | $0.37 |
| 08/08/2007 11:44:06 AM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($3.00) | TFN0808 | | | $6.37 |
| 08/07/2007 06:08:15 PM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($5.00) | TFN0807 | | | $9.37 |
| 08/06/2007 07:19:13 PM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($5.00) | TFN0806 | | | $14.37 |
| 08/03/2007 06:29:30 PM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($7.00) | TFN0803 | | | $19.37 |
| 08/03/2007 08:44:12 AM | 18167074 | DUNWOODY, BILL | CLP | COA2007 | Payroll - IPP | $26.18 | GIPP0707 | | | $26.37 |
| 07/27/2007 01:06:37 PM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($1.00) | TFN0727 | | | $0.19 |
| 07/25/2007 06:07:35 PM | 18167074 | DUNWOODY, BILL | CLP | COA3047 | Sales | ($0.70) | 81 | | | $1.19 |
| 07/25/2007 06:06:45 PM | 18167074 | DUNWOODY, BILL | CLP | COA3047 | Sales | ($31.60) | 80 | | | $1.89 |
| 07/18/2007 11:15:59 AM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($5.00) | TFN0725 | | | $33.49 |
| 07/18/2007 08:10:37 PM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($10.00) | TFN0718 | | | $38.49 |
| 07/14/2007 09:33:59 PM | 18167074 | DUNWOODY, BILL | CLP | TP_PHON | Phone Withdrawal | ($10.00) | TFN0714 | | | $48.49 |

WorkstationID: COAJGXK821